# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DEVYN ELLEN APPLEBEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:17-cv-003-NT |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On December 20, 2017, the United States Magistrate Judge filed with the court, and copies to the parties, his Recommended Decision. The Plaintiff filed an objection to the Recommended Decision on January 3, 2018. I have reviewed and considered the Recommended Decision and the Plaintiff's objection, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that the Commissioner's decision is **AFFIRMED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 29th day of March, 2018.